1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10  JESSE O'CON, JR.                    )        Case No. CIV-09-3471 EFB
11                                      )
                                        )
12                                      )
                                        )        STIPULATION AND ORDER
13            Plaintiff,                )        EXTENDING PLAINTIFF'S TIME TO
                                        )        FILE MEMORANDUM IN SUPPORT
14  v.                                  )        OF SUMMARY JUDGMENT
                                        )
15  MICHAEL J. ASTRUE                   )
    Commissioner of Social Security     )
16  of the United States of America,    )
                                        )
17            Defendant.                )
                                        )
18  _____ )

19
           IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with
20
    the permission of the Court as evidenced below, that the Plaintiff's time to file the summary
21
    judgment in this case is hereby extended from June 14, 2010, to August 20, 2010.   This is Plaintiff's
22
    first extension and is required due to Plaintiff's counsel's impacted briefing schedule.
23

24

25  / / / /
26  / / / /
27  / / / /
28

                                              1

1  Dated: June 14, 2010                        */s/Bess M. Brewer*
                                               BESS M. BREWER
2                                              Attorney at Law

3                                              Attorney for Plaintiff

4
   Dated: June 14, 2010                        Benjamin B. Wagner
5                                              United States Attorney
                                               */s/Shea Bond*
6                                              SHEA BOND

7                                              Special Assistant U.S. Attorney

8                                              Attorney for Defendant

9

10                              **ORDER**

11  APPROVED AND SO ORDERED.

12  DATED:  June 15, 2010.

13                              _____
                                EDMUND F. BRENNAN
14                              UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2